EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
GREGORY GOMEZ, State Bar No. 242674
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3866
 Fax: (916) 324-5205
 Email: Gregory.Gomez@doj.ca.gov

Attorneys for Defendants Vance, Nelson and Claborne

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ARTAY SCRUGGS,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**S. VANCE, et al.,**<br><br>                                    Defendants. | 2:06-CV-0633 FCD DAD PC<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

   Good cause appearing, Defendants Vance, Nelson and Claborne are granted a 14-day extension of time to respond to Plaintiff's Complaint.  Defendants' response to Plaintiff's complaint shall be due on or before Monday, March 19, 2007.

DATED: March 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
scrug0633.Deot

Order Granting Defendants' First Request for Extension of Time to Respond to Plaintiff's Complaint

1