IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS,

    Plaintiff,                               No. CIV S-06-0633 FCD DAD P

    vs.

S. VANCE, et al.,

    Defendants.                      ORDER

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' March 20, 2007 amended motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 18, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' March 20, 2007 amended motion to dismiss. Any reply shall be filed and served in accordance with Local Rule 78-230(m).

DATED: April 26, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
scru0633.36