EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
GREGORY G. GOMEZ, State Bar No. 242674
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3866
 Fax: (916) 324-5205
 Email: Gregory.Gomez@doj.ca.gov

Attorneys for Defendants Vance, Nelson and Claborne

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ARTAY SCRUGGS,** | 2:06-cv-0633-FCD-DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION TO REPLY TO PLAINTIFF'S SUPPLEMENTAL OPPOSITION** |
| v. | |
| **S. VANCE, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants Vance, Nelson and Claborne are granted a five-day extension of time to reply to Plaintiff's supplemental opposition. Defendants' reply to Plaintiff's supplemental opposition shall be due on or before Friday, October 26, 2007.

DATED: October 24, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
scrug0633.reply