IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ARTAY SCRUGGS,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**S. VANCE, et al.,**<br><br>                              Defendants. | 2:06-cv-0633-FCD-DAD (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |

   Good cause appearing, Defendants Vance, Nelson and Claborne are granted a thirty-day extension of time to respond to Plaintiff's first set of interrogatories. Defendants' responses to Plaintiff's first set of interrogatories shall be due on or before Friday, February 22, 2008.

DATED: January 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
scru0633.diseot