IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS,

      Plaintiff,                    No. CIV S-06-0633 FCD DAD P

    vs.

S. VANCE, et al.,

      Defendants.          <u>ORDER</u>

                              /

On March 30, 2009, plaintiff filed a document styled, "Writ Of Error Corum Nobis To District Court District Judge," which the court construes as a request for reconsideration of the magistrate judge's order filed March 11, 2009, disregarding plaintiff's discovery requests, denying plaintiff's motion to compel discovery, denying plaintiff's petition for writ of mandate/prohibition, denying plaintiff's motion for the appointment of counsel, and striking plaintiff's February 5, 2009 motion for summary judgment. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2   the magistrate judge filed March 11, 2009, is affirmed.
3   DATED: August 19, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE