IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS,

        Plaintiff,                  No. 2:06-cv-0633 FCD KJN P

    vs.

VANCE, et al.,

        Defendants.         ORDER

                              /

        Plaintiff is a state prisoner proceeding without counsel in an action pursuant to 42 U.S.C. § 1983. This case is set for trial on December 7, 2010.

        On February 4, 2010, plaintiff filed a motion concerning his attempts to correspond with incarcerated witnesses. Dkt. No. 83. It appears that plaintiff has attempted to write letters to several potential witnesses at different institutions, but plaintiff has not been successful. Plaintiff's request is not entirely clear, but he wants the court to aid plaintiff in contacting these prisoners and to prevent CDCR from interfering. However, plaintiff has failed to describe his efforts in attempting to contact these prisoners, how CDCR has interfered, or exactly what relief he seeks from the court. Therefore, plaintiff's motion will be denied without prejudice and plaintiff can file another motion providing more detail on his attempts to contact

1  these witnesses.

2         Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (Dkt. No. 83) is

3  denied without prejudice.

4  DATED: March 9, 2010

```
                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE
```

8  scrug0633.ord