IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS,

        Plaintiff,                    No. 2:06-cv-0633 FCD KJN P

   vs.

S. VANCE, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. This case is set for trial on April 12, 2011 before the district court. Plaintiff seeks to obtain the testimony or affidavit of prospective witness Kirell Taylor.

        On October 8, 2009, the court issued a further scheduling order detailing the procedures necessary for obtaining the attendance of incarcerated witnesses, either those who agree to testify voluntarily, or those who refuse to testify voluntarily. (Id. at 3-4.) One of the key facts plaintiff must demonstrate is whether the proposed witness has actual knowledge of relevant facts. (Id., *passim*.)

        Plaintiff provided an affidavit expressing Taylor's prospective testimony on July 19, 2010. (Dkt. No. 96.) Inmate Taylor was housed with plaintiff from 2003 - 2004 at California State Prison - Sacramento, and had contact with plaintiff in 2005 as well. Plaintiff avers Taylor

1

can testify as to the impact the events of May 19, 2004 had on plaintiff, as well as testify as to Taylor's prior experience with defendant Vance, as it relates to plaintiff's allegations herein. (Id.) Therefore, inmate Taylor apparently has actual knowledge of relevant facts.

While inmate Taylor has actual knowledge of relevant facts, plaintiff has not determined whether he will testify voluntarily or involuntarily. Plaintiff states Taylor will not voluntarily produce an affidavit. The court will direct inmate Taylor to inform the court as to whether he has eye- or ear-witness testimony to offer during the jury trial, and whether he will testify voluntarily or refuse to testify voluntarily.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send a copy of this order to the following inmate: Kirell Taylor, T-35161, Location–CA State Prison, LA County (LAC), 44750 60th Street West, Lancaster, CA 93536-7620.

2. The Clerk of the Court shall provide inmate Taylor with a postage-paid envelope addressed to the court.

3. Within thirty days from the date of this order, inmate Taylor is directed to complete and return, in the postage-paid, self-addressed envelope provided, the attached notice re potential witness.

DATED: October 27, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

scrug0633.affb

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS,

      Plaintiff,                    No. 2:06-cv-0633 FCD KJN P

    vs.

S. VANCE, J.D. NELSON, and
O. CLABORNE,                  NOTICE RE POTENTIAL WITNESS

      Defendants.
_____/

      Plaintiff was stabbed on May 19, 2004, at California State Prison-Sacramento (CSP-Sacramento). Potential witness _____ responds to this court's October, 2010 order as follows (please check all that apply):

      _____      I have eye- or ear-witness testimony to offer during the jury trial concerning the events among plaintiff, inmate Lorenzo Robinson, and defendants, on or about May 19, 2004, at CSP-Sacramento.

      _____      I have testimony to offer concerning my experience with defendant Vance.

      _____      I am willing to testify voluntarily on behalf of plaintiff Scruggs.

////

1     \_\_\_\_\_     I do not remember any events on or about May 19, 2004, and have
2                no pertinent testimony to offer.
3     \_\_\_\_\_     I refuse to testify voluntarily.

5     I declare under penalty of perjury that the above and foregoing is true and correct.
6 DATED:

8                        Witness (sign, print name & address)
                              Kirell Taylor