IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS,

       Plaintiff,                    No. 2:06-cv-0633 KJM KJN P

   vs.

S. VANCE, et al.,                     <u>REVISED</u>

       Defendants.             <u>SCHEDULING ORDER</u>

_____/

        On January 21, 2011, this action was transferred to the Honorable Kimberly J. Mueller. Accordingly, the presently-assigned trial date must be continued. The court will issue writs of habeas corpus ad testificandum for the attendance of incarcerated witnesses, including plaintiff, at the appropriate time.

        IT IS HEREBY ORDERED that:

        1. This matter is set for trial confirmation hearing on Wednesday, August 10, 2011, at 11:00 a.m. in Courtroom #3 before the Honorable Kimberly J. Mueller.

////

////

////

////

1        2. Jury trial is continued from Tuesday, April 12, 2011, to Monday, September

2  26, 2011, at 9:00 a.m., in Courtroom #3 before the Honorable Kimberly J. Mueller.

3  DATED: February 9, 2011

```
                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
```

6  scrug633.rso