IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS,

        Plaintiff,                   No. 2:06-cv-0633 KJN P

        vs.

S. VANCE, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel, in a civil rights action pursuant to 42 U.S.C. § 1983. Brian M. Rothschild and Joanna H. Kim have been selected from the court's pro bono attorney panel to represent plaintiff and have accepted the appointment.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Brian M. Rothschild and Joanna H. Kim are appointed as counsel in the above entitled matter.

        2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he or she has any questions related to the appointment.

////

////

3. The Clerk of the Court is directed to serve a copy of this order upon Brian M. Rothschild and Joanna H. Kim, Akin Gump Strauss Hauer and Feld, LLP, 2029 Century Park East, Suite 2400, Los Angeles, California 90067.

DATED: May 2, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

scru0633.31a