IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS,

        Plaintiff,                       No. 2:06-cv-0633 FCD KJN P

    vs.

S. VANCE, et al.,                       <u>ORDER</u>

        Defendants.

_____/

        Plaintiff is a prisoner proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 7, 2011, prior to the appointment of counsel, plaintiff filed a motion for subpoena duces tecum seeking the production of various documents from plaintiff's central file at the prison for plaintiff's use at trial. However, now that plaintiff is represented by counsel, counsel may issue subpoenas for the production of documents and witnesses at trial. Thus, plaintiff's motion is denied without prejudice. Accordingly, IT IS

////
////
////
////
////

1  HEREBY ORDERED that plaintiff's April 7, 2011 motion (dkt. no. 123) is denied without
2  prejudice.
3  DATED: May 10, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6  scru0633.dn