IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS,

       Plaintiff,                No. 2:06-cv-0633 KJM KJN P

   vs.

S. VANCE, et al.,

       Defendant.           ORDER

_____/

       Plaintiff, currently housed at Atascadero State Hospital, is proceeding through counsel with a civil rights complaint pursuant to 42 U.S.C. § 1983. Pending before this court is plaintiff's motion to modify the court's scheduling order. (Dkt. No. 128.) The court has determined that the matter shall be submitted upon the record on file, and the August 11, 2011 date for hearing of this matter is vacated. See Local Rule 230. In light of plaintiff's motion, the trial confirmation hearing, set for August 10, 2011, before the Honorable Kimberly J. Mueller, is

////
////
////
////
////

vacated. The trial confirmation hearing will be reset as part of the court's ruling on plaintiff's motion.

    IT IS SO ORDERED.

DATED: July 26, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

scru0633.vac