

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS

     Plaintiff(s)

vs.

S. VANCE, et al.,

     Defendants.

No. 2:06-cv-00633-FCD-KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Brian M. Rothschild, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 2, 2011, by the Honorable Kendall J. Newman, United States District Judge/Magistrate.
I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Airfare, hotel fee and local transportation for two attorneys to appear at the August 11, 2011 hearing on Plaintiff's Motion to Amend Pretrial Order and Reopen Discovery.
>
> Airfare: $399.43 per person
> Hotel rate: $239.00 ++ per person
> Car Rental: $60.00 per day

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1,500.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:06-cv-00633-FCD-KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of July, 20 11, at Los Angeles, California.

_____
Attorney for Plaintiff(s)

The above expenditure is _____ Approved   __X__ Denied [1]

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: Aug 5, 2011

_____
United States District Judge/Magistrate

1) Motion was submitted on the papers, and the hearing was vacated. So no expenses are necessary.