IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS,

      Plaintiff,                    No. 2:06-cv-0633 KJM KJN P

      vs.

S. VANCE, et al.,

      Defendants.          <u>ORDER</u>

_____/

      On August 30, 2011, counsel for defendants objected to and sought clarification of this court's August 24, 2011 protective order, requesting that counsel for defendants also be allowed to review the documents subpoenaed by plaintiff. The court contemplated the protective order as applicable to those documents received by counsel for plaintiff via subpoena duces tecum and did not intend to preclude defendants' counsel from reviewing the documents accessible to defendants' counsel through the Department of Corrections. Good cause appearing, the August 24, 2011 protective order is amended to read as follows:

> The production of documents pertinent to inmate Robinson is subject to a protective order. Any documents produced as to inmate Robinson shall be used solely for the purpose of this litigation, and the documents shall be reviewed solely by counsel *for the parties*.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The August 24, 2011 protective order (dkt. no. 140) is revised; and

2. Any documents produced as to inmate Robinson are subject to a protective order; Robinson's documents shall be used solely for the purpose of this litigation, and shall be reviewed solely by counsel for the parties.

DATED:  September 12, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

scru0633.rev