1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARTAY SCRUGGS,

11          Plaintiff,                    No. 2:06-cv-0633 KJM KJN P

12      vs.

13   S. VANCE, et al.,

14          Defendants.                   ORDER

15   _____/

16          On November 11, 2011, at 7:46 a.m., plaintiff filed a motion to compel and for

17   sanctions, noticed for hearing before the undersigned on December 1, 2011, at 9:00 a.m.  The

18   certificate of service confirms that defendants were served by mail on November 10, 2011.

19          The court's CM/ECF website confirms that CM/ECF was unavailable from

20   Thursday, November 10, 2011, from 5:00 p.m., until 5:00 a.m., on November 11, 2011.  Local

21   Rule 134(c) provides:

22          Technical Failures.  The Clerk shall deem the CM/ECF site to be
            subject to a technical failure on a given day if the site is unable to
23          accept filings continuously or intermittently over the course of any
            period of time greater than two hours after 2:00 p.m. on a given
24          day.  Known systems outages will be posted on the website, if
            possible. . . .
25
            (1)  Untimely Filings Due to CM/ECF Failure.  A
26          party may file on the next business day following

1

1             the technical failure that is announced on the
Court's website.

2   L.R. 134(c)(1).

3          Good cause appearing, the court finds that plaintiff's motion to compel was timely

4   filed to provide notice of the December 1, 2011 hearing.  However, the court holds law and

5   motion calendars at 10:00 a.m.  Accordingly, plaintiff's motion to compel shall be heard at 10:00

6   a.m., on December 1, 2011, before the undersigned.  The parties shall timely comply with Local

7   Rule 251.

8   DATED:  November 14, 2011

9

10                              _____

11                         KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE

12   scru0633.ecf

13

14

15

16

17

18

19

20

21

22

23

24

25

26