Print Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS

         Plaintiff(s)

   vs.

S. VANCE, et al.,

         Defendants.

No. 2:06-cv-0633 KJM KJN P

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Brian Rothschild , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 2, 2011 , by the Honorable Kendall J. Newman , United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Travel to Sacramento to participate in a settlement conference scheduled in this case on April 5, 2012. The cost listed below is the estimate for one attorney to travel to Sacramento from Los Angeles, including airfare, taxi, and incidentals.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 550 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:06-cv-0633 KJM KJN P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $1300 | Travel for depositions - $1000.53 reimbursed | $1000.53 |
| $550 | Travel to 12/8/2011 hearing - reimbursement still being processed | — |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2 day of April , 20 12 , at Los Angeles , California.

Brian M. Rothschild

Attorney for Plaintiff(s)

The above expenditure is ___x___ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant

to rule _____, on _____, at _____, ___.M. in Courtroom
Number_____.

Dated: April 9, 2012

Kendall J. Newman

United States District Judge/Magistrate