1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  ARTAY SCRUGGS,

12          Plaintiff,                    No. Civ S-06-0633 KJM KJN P

13      v.

14  S. VANCE, et al.,

15          Defendants.                   ORDER

16  _____/

17          Each of the parties in the above-captioned case have filed a "Consent to Proceed
18  Before a United States Magistrate Judge." See 28 U.S.C. §636(a)(5) and (c).  According to E.D.
19  Cal. R. 305, both the district court judge assigned to the case and the magistrate judge must
20  approve the reference to the magistrate judge.
21          The undersigned has reviewed the file herein and recommends that the above-
22  captioned case be reassigned and referred to a magistrate judge for all further proceedings and
23  entry of final judgment.
24  /////
25  /////

IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the Honorable Kendall J. Newman.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case No. Civ. S-06-0633 KJN.  All currently scheduled dates presently set before Judge Mueller are hereby **VACATED**.

IT IS SO ORDERED.

DATED:  April 27, 2012.

_____
UNITED STATES DISTRICT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

DATED:  April 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE