

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Artay Scruggs

Plaintiff(s)

vs.

S. Vance, et al.

Defendants.

No. 2:06-cv-0633 KJM KJN P

**REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT**

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Brian Rothschild, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 2, 2011, by the Honorable Kendall J. Newman, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Travel to Sacramento to attend the final pretrial conference and hearing on the Plaintiff's Motion for Sanctions to be held on April 26, 2012.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 610.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:06-cv-0633 KJM KJN P

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $1,300.00 | Travel to take depositions | $1,000.53 |
| $550.00 | Travel to December 8 Hearing on Motion to Compel - requested $508.63 | Pending |
| $550.00 | Travel to April 5 mandatory Settlement Conference - requested $510.15 | Pending |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of April, 20 12, at Los Angeles, California.

Brian M. Rothschild

Attorney for Plaintiff(s)

The above expenditure is __x__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: April 23, 2012

Kendall J. Newman
United States District Judge/Magistrate