IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTAY SCRUGGS, | | |
| | Plaintiff, | No. 2:06-cv-0633 KJM KJN P |
| vs. | | |
| S. VANCE, et al., | | ORDER VACATING WRITS |
| | Defendants. | OF HABEAS CORPUS |
| _____/ | | AD TESTIFICANDUM |

      On April 27, 2012, the court issued two writs of habeas ad testificandum for prison officials to deliver plaintiff and witness Lorenzo Robinson, inmate No. H-05888, to court on May 18, 2012, and May 22, 2012, respectively. Jury trial in this matter is being continued. Accordingly, the April 27, 2012 writs are vacated. The court will issue revised writs once a new trial date has been set.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The April 27, 2012 second revised writ of habeas corpus ad testificandum, directed to the Director, Atascadero State Hospital, California Department of Mental Health, 10333 El Camino Real, Atascadero, CA 93422 (dkt. no. 188), for plaintiff's attendance on May 18, 2012, is vacated;

////

2. The April 27, 2012 revised writ of habeas corpus ad testificandum, directed to the Warden, California State Prison, Los Angeles County (LAC), 44750 60th Street West, Lancaster, CA  93536-7620 (dkt. no. 187), for inmate Robinson's attendance (inmate no. H-05888) on May 22, 2012, is vacated; and

3. The Clerk of the Court shall serve copies of this order on (a) the Director of Atascadero State Hospital; (b) the Warden, California State Prison, Los Angeles County (LAC); and (c) the Out-to-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

DATED:  May 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

scru0633.vac