1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  DAVID A. CARRASCO, State Bar No. 160460
   Supervising Deputy Attorney General
3  GRANT LIEN, State Bar No. 187250
   Supervising Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 324-5388
6   Fax:  (916) 324-5205
    E-mail:  Misha.Igra@doj.ca.gov
7  *Attorneys for Defendants*
   *Nelson, Vance and Claborne*
8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12

| | |
|---|---|
| **ARTAY SCRUGGS,** | 2:06-cv-0633-KJN |
| Plaintiff, | **STIPULATION AND ORDER FOR TRIAL ON JULY 17, 2012** |
| v. | |
| **S. VANCE, et al.,** | |
| Defendants, | |

20      The parties stipulate that the trial in this action shall begin on July 17, 2012, with the

21 caveat that Plaintiff has been unable to confirm witness Palladino's availability because she is

22 out-of-state until mid-June 2012.  The parties stipulate to a further continuance if Dr. Palladino

23 cannot attend the July 17, 2012 trial date.

24 Dated: May 16, 2012           */s/ Joanna Kim*
                                 JOANNA KIM
25                               Attorney for Plaintiff

26 Dated: May 16, 2012           */s/ Grant Lien*
                                 GRANT LIEN
27                               Attorney for Defendants

28

                                    1

Stipulation and Order for Trial Date of July 17, 2012 (2:06-cv-0633-KJN)

**ORDER**

The parties' stipulation was considered by this Court, and good cause appearing, IT IS ORDERED that the trial in this action shall begin on July 17, 2012 at 9:00 a.m. in Courtroom 25.

**Date: 5/16/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

scru0633.jtd

2