

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Artay Scruggs

             Plaintiff(s)

vs.

S. Vance, et al.

             Defendants.

No. S-06-cv-0633 KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Brian Rothschild, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on May 2, 2011, by the Honorable Kendall J. Newman, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Travel to Sacramento to represent client at hearings on Plaintiff's and Defendants' motions in limine to be held on June 11, 2012.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 610.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 5-06-cv-0633 KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $1,300.00 | Travel to take depositions | $1,000.53 |
| $550.00 | Travel to December 8 Hearing on Motion to Compel - requested $508.63 | $508.63 |
| $550.00 | Travel to April 5 mandatory Settlement Conference - requested $511.75 | $511.75 |
| $610.00 | Travel to attend final pretrial conference and hearing - requested $494.65 | $494.65 |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4 day of June, 20 12, at Los Angeles, California.

*Brian M. Rothschild* (signature)

Brian M. Rothschild
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: June 11, 2012

*Kendall J. Newman* (signature)

United States District Judge/Magistrate