IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS,

    Plaintiff,                    No. 2:06-cv-0633 KJN P

    vs.

VANCE, et al.,

    Defendants.                ORDER

_____/

    On September 19, 2012, Brian M. Rothschild, one of the attorneys for plaintiff, filed a request to withdraw as counsel for plaintiff because he is no longer an attorney with the Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") law firm.  Joanna H. Kim and Hyongsoon Kim would continue their representation of plaintiff in this action.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. The September 19, 2012 request (dkt. no. 234) is granted; Brian M. Rothschild is relieved as counsel of record for plaintiff;

    2. Joanna H. Kim and Hyongsoon Kim of the law firm "Akin Gump" shall continue to represent plaintiff in this action; and

    3. The Clerk of the Court shall change the court records accordingly.

DATED: September 19, 2012

                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

scru0633.wd