IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTAY SCRUGGS,

    Plaintiff,               No. 2:06-cv-0633 KJN P

    vs.

VANCE, et al.,

    Defendants.          <u>ORDER</u>

                     /

        On September 19, 2012, Brian M. Rothschild, one of the attorneys for plaintiff, filed a request to withdraw as counsel for plaintiff because he is no longer an attorney with the Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") law firm.  Joanna H. Kim and Hyongsoon Kim would continue their representation of plaintiff in this action.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. The September 19, 2012 request (dkt. no. 234) is granted; Brian M. Rothschild is relieved as counsel of record for plaintiff;

        2. Joanna H. Kim and Hyongsoon Kim of the law firm "Akin Gump" shall continue to represent plaintiff in this action; and

        3. The Clerk of the Court shall change the court records accordingly.

DATED: September 19, 2012

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

scru0633.wd